IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

Timothy Hendrick
　Plaintiff
　　vs.
Richard Watson
Off. Casey
Off. Buyak (sic)
　Defendants

13-1302-JPG

Complaint
Civil Action No:

**FILED**
DEC 17 2013
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

## I. Jurisdiction & Venue.

1). This is a civil action authorized by 42 U.S.C section 1983 to redress the deprivation, under color of state law, of rights secured by the Constitution of the United States. The court has jurisdiction under 28 U.S.C section 1331 and 1343 (a)(3). Plaintiff seeks declaratory relief pursuant to 28 U.S.C section 2201 and 2202. Plaintiff's claims for injunctive relief are authorized by 28 U.S.C section 2283 and 2284 and Rule 65 of the Federal Rules of Civil procedure.

2). The Southern district of ILLINOIS is an appropriate venue under 28 U.S.C Section 1391(b)(2) because it is where the events giving rise to this claim occured.

## II. Plaintiffs

3). Plaintiff, Timothy James Hendrick, is and was at all times mentioned herein a prisoner of the state of Illinois in the custody of the St. Clair County Jail. He is currently confined in the St. Clair County Jail, in belleville, Illinois.

## III. Defendants

4). Defendant, Richard Watson is the Sheriff of the St. Clair County Jail. He is legally responsible for the overall operation of the Jail.

5). Defendant, Officer Casey, is a Correctional Officer at

the St. Clair County Jail who at all times mentioned in this complaint, held the Rank of "strip search officer" and was assigned to the "Booking Department".

6). Defendant, officer Buyak (sic), is a correctional officer at the St. Clair County Jail who at all times mentioned in this complaint, held the Rank of "strip search officer" and was working at the "Booking Department".

7). Each defendant is sued individually and in his official capacity. At all times mentioned / Relevant in this complaint each defendant acted "under the color of state law".

### III. Facts

8). On October 18th 2013 plaintiff Headrick arrived at the St. Clair County Jail due to a successful appeal. Upon arrival at the Jail plaintiff was ordered inside the prison and was made to stand in with other inmates, get naked, bend over, spread buttcheeks, lift ball sack. While plaintiff Headrick was doing this their where male officers observing / looking at the searches taking occurence.

9). Upon information and belief strip searches are not to be conducted infront of anyone else but the inmate and the officer conducting the strip search, chapter 725 ILCS 5/103-1 (D)(E)(H).

### IV. Exhaustion of Legal remedies

10). Plaintiff Headrick used the prisoner grievance procedure available at the St. Clair County Jail to try to solve the problem. Plaintiff presented the facts relating to this complaint. Plaintiff did not get a response due to

defendants Knowing of the constitutional violations that are occurring.

## V. Legal claims

11). Plaintiff reallege and incorporate by reference paragraphs 1-10.

12). The illegal strip search violated plaintiff Timothy Headrick's rights and constituted "unreasonable searches and seizures & cruel and unusual punishment under the 4th & 8th amendment to the United States Constitution.

## VI. Prayer for Relief

Wherefore, plaintiff respectfully prays that this court enter Judgement granting plaintiff:

13). A declarations that the acts and ommissions described herein violated plaintiffs rights under the constitution and laws of the United States.

14). A preliminary and permanent injunction ordering defendants Richard watson, off. caseat, off. Burjak (sic) to stop violating inmates 4th and 8th amendments by illegally strip searching inmates.

15). Compensatory damages in the amount of $50,000 against each defendant, jointly and severally.

16). Punitive damages in the amount of $50,000 against each defendant.

17). Jury trial on all issues.

18). Plaintiff's costs in this suit.

19). Any additional relief this court deems just, proper and equitable.

Dated: 12-13-13

Respectfully submitted,
Timothy Headrick
700 N. 5th Street
Belleville, Illinois 62220

### Verification

I have read the foregoing complaint and hereby verify that the matters alleged therein are true, except as to matters alleged on information and belief, and, as to those, I believe them to be true. I certify under penalty of perjury that the foregoing is true and correct.

Executed at Belleville, ILLINOIS on 12-13-13

Signature _Timothy J. Headrick_
Timothy Headrick