IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TIMOTHY HEADRICK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 13-cv-1302-JPG |
| ) | |
| RICHARD WATSON, OFFICER CASEY, ) | |
| and OFFICER BUYAK, ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT IN A CIVIL CASE

This action came before the Court, District Judge J. Phil Gilbert, and the following decision was reached:

**IT IS ORDERED** that Plaintiff shall recover nothing, and the action be **DISMISSED on the merits with prejudice,** the parties to bear their own costs. This dismissal shall count as one of Plaintiff's allotted "strikes" under 28 U.S.C. § 1915(g).

**DATED**: December 26, 2013

NANCY J. ROSENSTENGEL, CLERK

By: s/ Tanya Kelley
Deputy Clerk

APPROVED: s/J. Phil Gilbert
J. Phil Gilbert
United States District Judge